Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 3**

| |
|---|
| **Kumar Industries** |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**
**Court No. 26-03212**

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.  Kumar Industries, an interested party under 19 U.S.C.
    (Name and standing of plaintiff)

2.  Plaintiff contests the final results of antidumping duty administrative review issued by the International Trade Administration of the U.S. Department of Commerce, ("Commerce") in the administrative review for the period June 1, 2023 to May 31, 2024 under the antidumping duty order Glycine from India (A-533-883).
    (Brief description of contested determination)

3.  Commerce's Final Results of Administrative Review were published in the Federal Register on June 12, 2026.
    (Date of determination)

4.  91 Fed. Reg. 35661
    (If applicable, date of publication in Federal Register of notice of contested determination)

*/s/ Brittney R. Powell*

Signature of Plaintiff's Attorney

July 8, 2026

Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

| |
|---|
| Brittney R. Powell, Esq.<br>Fox Rothschild LLP<br>2020 K Street, NW, Suite 500<br>Washington, DC 20006<br>Phone: 202-794-1186<br>Email: bpowell@foxrothschild.com |

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)